UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:10-CR-10388-ADB |
| JON LATORELLA, | ) |
| Defendant, | ) |
| and | ) |
| ROBINHOOD MARKETS, INC., | ) |
| Garnishee. | ) |

**MOTION TO QUASH WRIT OF GARNISHMENT**

The United States files this Motion for an Order to Quash the Writ of Garnishment against defendant Jon Latorella ("Defendant") and upon garnishee Robinhood Markets, Inc. (Doc. No. 526). Defendant no longer has active accounts or assets with the garnishee. Therefore, the United States no longer seeks debt enforcement through garnishment.

WHEREFORE, the United States respectfully requests that the Court enter the proposed submitted order, thereby terminating the above-referenced writ as to the above-referenced garnishee only.

           Respectfully submitted,

           UNITED STATES OF AMERICA
           By its attorney

           LEAH B. FOLEY
           United States Attorney

By:   _____
           ANNAPURNA BALAKRISHNA
           Assistant United States Attorney
           One Courthouse Way, Suite 9200
           Boston, MA 02210
           (617) 748-3111
           Annapurna.Balakrishna@usdoj.gov

Date: September 11, 2025